IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ELIZABETH SOTO-MARTINEZ<br>Defendant | CRIMINAL 07-0150CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 16, 2007 **(docket entry 9)** on a Rule 11 proceeding of defendant held before Magistrate Judge Marcos E. Lopez on April 10, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case is referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report. The **sentencing hearing is set for May 10, 2007 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on April 23, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge